Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LStone@shookandstone.com

Attorneys for Plaintiff David Alexander Borysewich

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID ALEXANDER BORYSEWICH,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-00209-DJA<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S REPLY HIBRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff David Alexander Borysewich and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 2, 2026 to September 8, 2026, for Plaintiff to file his reply brief with all other deadlines as per the

Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made by Plaintiff's counsel because due to computer technical issues, counsel is unable to access the file to prepare his reply brief.

DATE: September 2, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: _______________________

Marc V. Kalagian
Attorney for plaintiff David Alexander Borysewich

DATE: September 2, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: _______________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/3/2026